# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00187-CV

### J. M. and R. A. G., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. 21-0539, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants J. M. and R. A. G. filed their notices of appeal on April 6, 2022 and April 9, 2022 respectively. The appellate record was complete on May 13, 2022, making appellants' briefs due on June 2, 2022. On June 2, 2022, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order Amanda Wilhelm and Cara-Beth Bass to file appellants' briefs no later than June 22, 2022. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on June 14, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith